### NORTHWESTERN NATIONAL BANK *vs.* I. C. SEELEY, Garnishee.

#### August 12, 1889.

In proceedings in the district court for Hennepin county against the respondent Seeley, as garnishee of the Church & Graves Mfg. Co., it appeared that that company was organized under Gen. St. 1878, *c.* 34, title 2, for "the manufacture, dealing in, and sale of lumber, sash, blinds," etc. Being insolvent, it made an assignment in insolvency, under Laws 1881, *c.* 148, to Seeley, who had in possession $3,000 as such assignee. Plaintiff had filed its claim as a creditor, with the statutory release, but had not received a dividend. An order was thereupon made by *Hooker*, J., discharging the garnishee, and the plaintiff appealed.

*Keith, Evans, Thompson & Fairchild,* for appellant.

*Cross & Carleton,* for respondent.

DICKINSON, J. The questions presented for decision on this appeal are the same as those involved in the case of *Tripp* v. *N. W. Nat. Bank*, (supra, p. 400,) the decision in which has just been filed. For the reasons set forth in that opinion the order from which this appeal is taken is affirmed.